NUMBER
13-10-00252-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JEREMY
SCHLOSSER,                                                                Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
Appeal from the 94th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                       MEMORANDUM
OPINION

 

                  Before
Justices Rodriguez, Benavides, and Vela

                               Memorandum
Opinion Per Curiam

 








Appellant,
Jeremy Schlosser, by and through his attorney, has filed a motion to dismiss
his appeal because he was granted a new trial on punishment and no longer
wishes to appeal.  See Tex. R.
App. P. 42.2(a).  Without passing on the merits of the case, we grant
the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and
dismiss the appeal.  Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

5th day of August, 2010.